UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JULIUS SEILER,

            Plaintiffs,

v.

MSKP RAMBLEWOOD SQUARE, LLC,
and DONG LE CORPORATION d/b/a
SHINJU JAPANESE BUFFET SUSHI
SEAFOOD HIBACHI GRILL,

            Defendants.

Case No. 0:16-cv-60340-WPD

**ORDER OF DISMISSAL
FOR FAILURE TO FOLLOW THIS COURT'S ORDERS**

THIS CAUSE is before the Court *sua sponte*.

This Court's Order of February 25, 2016, directed the parties to file a Joint Scheduling Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant [DE 6]. Thus, since the last Defendant answered on April 6, 2016 [DE 13], a joint scheduling report should have already been filed. On May 12, 2016, the Court issued an Order to Show Cause why the case should not be dismissed for failure to follow this Court's Order. [DE 14]. The Court required that the Plaintiff either show cause or file the joint scheduling report on or before May 19, 2016. The Court cautioned that a failure to timely respond may result in the dismissal of the case. The Plaintiff has not responded nor have the parties filed a joint scheduling report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is hereby **DISMISSED without prejudice** for failure to follow the Court's Orders;

2. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of May, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record